FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 APR 1  AM 11 23

STEPHAN HARRIS, CLERK
CASPER

## United States District Court
### For The District of Wyoming

Robert L Kroenlein Trust by and through
Deborah Alden, Successor Trustee, and
Chugwater Brewing Company, Inc, a
Wyoming Corporation,

      Plaintiff,

v.

Gary Bruce Kirchhefer, Commodore
Bar, Inc, Rick L Bowen, Silver Dollar Bar
of Lusk, LLC and Larry R Halligan,

      Defendants.

Case No.  11-cv-284-S

### JUDGMENT IN A CIVIL CASE

Decision by Court. This action came before the Court based on various Motions for Summary Judgment. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED the Defendants' Motions for Summary Judgment are GRANTED and that's Plaintiff's State Law causes of action are Dismissed. Case is deemed closed. Each party to pay their own costs and fees.

April 1, 2013

Date

STEPHAN HARRIS
CLERK OF COURT

_[signature]_

(By) Deputy Clerk