**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**August 25, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

———————————————————

ROBERT L. KROENLEIN TRUST, by
and through Deborah Alden, Successor
Trustee; CHUGWATER BREWING
COMPANY, INC, a Wyoming corporation,

      Plaintiffs - Appellants,

v.

GARY BRUCE KIRCHHEFER;
COMMODORE BAR, INC; RICK L.
BOWEN; SILVER DOLLAR BAR OF
LUSK, LLC; LARRY R. HALLIGAN,

      Defendants - Appellees.

No. 13-8040
(D.C. No. 2:11-CV-00284-SWS)

———————————————————

## JUDGMENT

———————————————————

Before **TYMKOVICH**, **McKAY**, and **MATHESON**, Circuit Judges.

———————————————————

This case originated in the District of Wyoming and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk